| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
| --- | --- | --- |
| 1. | Debtor's name | **Summit Hard Cider and Perry Company, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Scrumpy's**<br>**FDBA  Summit Mobile Juicing** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-0682563** |

| | | | |
| --- | --- | --- | --- |
| 4. | Debtor's address | **Principal place of business**<br><br>**215 N. College**<br>**Fort Collins, CO 80524**<br>Number, Street, City, State & ZIP Code<br><br>**Larimer**<br>County | **Mailing address, if different from principal place of business**<br><br>**2472 Stonecrest Dr.**<br>**Fort Collins, CO 80521**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**215 N. College Fort Collins, CO 80524**<br>Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | Debtor's website (URL) | **www.scrumpys.net** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   **Summit Hard Cider and Perry Company, LLC**                    Case number *(if known)* _____
_____
Name

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
  __3121__

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ■ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|--------------|------|--------------|-------------|--------------|
| District | _____ | When | _____ | Case number | _____ |

Debtor   **Summit Hard Cider and Perry Company, LLC**                    Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____

District _____ When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☑   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☑ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   **215 N. College**
                            **Fort Collins, CO, 80524-0000**

                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☑ Yes.   Insurance agency   **Pharmacists Mutual Insurance**

         Contact name      **n/a**

         Phone             **800-247-5930**

---

■   **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49            ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99           ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☑ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

Debtor    **Summit Hard Cider and Perry Company, LLC**                Case number (*if known*)
           Name

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Summit Hard Cider and Perry Company, LLC**
_____       Case number (*if known*)   _____
Name

<div style="background:black"> </div>   **Request for Relief, Declaration, and Signatures**
_____

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 13, 2025**
_____
MM / DD / YYYY

*X* **/s/ Jennifer M. Seiwald**
_____
Signature of authorized representative of debtor

**Jennifer M. Seiwald**
_____
Printed name

Title   **Managing Member**
_____

_____

**18. Signature of attorney**

*X* **/s/ Payton L. Buhler**
_____
Signature of attorney for debtor

Date   **August 13, 2025**
_____
MM / DD / YYYY

**Payton L. Buhler**
_____
Printed name

**Bell, Gould, Linder & Scott P.C.**
_____
Firm name

**318 East Oak Street**
**Fort Collins, CO 80524**
_____
Number, Street, City, State & ZIP Code

Contact phone   **970-493-8999**          Email address   **pbuhler@bell-law.com**
_____          _____

**56399 CO**
_____
Bar number and State

| Fill in this information to identify the case: |
| --- |

Debtor name   **Summit Hard Cider and Perry Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 13, 2025**       *X* **/s/ Jennifer M. Seiwald**
                                            Signature of individual signing on behalf of debtor

                                            **Jennifer M. Seiwald**
                                            Printed name

                                            **Managing Member**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Summit Hard Cider and Perry Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.   ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..................................................................................    $         **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*................................................................................    $      **164,233.93**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..................................................................................    $      **164,233.93**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **149,566.76**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $      **14,667.17**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................    +$    **2,499,166.56**

4.   **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b                       $      **2,663,400.49**

**Fill in this information to identify the case:**

Debtor name    **Summit Hard Cider and Perry Company, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **US Bank**<br>**400 S. Howes, Fort Collins CO**<br>**security for Small Business**<br>**Administration loan and CEF Colorado**<br>**Enterprise Fund debts** | Checking | 7164 | $81.50 |
| 3.2. | **FNBO**<br>**1620 Dodge St. Omaha, NE  68197**<br>**security for Small Business**<br>**Administration loan and CEF Colorado**<br>**Enterprise Fund debts** | Checking | 2740 | $75.51 |
| 3.3. | **US Bank**<br>**400 S. Howes, Fort Collins CO**<br>**security for Small Business**<br>**Administration loan and CEF Colorado**<br>**Enterprise Fund debts** | Checking | 6377 | $3.18 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                                              **$160.19**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

Debtor   **Summit Hard Cider and Perry Company, LLC**                  Case number *(If known)* _____
         Name

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit
          **Keg Credit, LLC**
          **security for Small Business Administration loan and CEF Colorado Enterprise Fund**
      7.1.  **debts**                                                                          **$3,990.00**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                          | **$3,990.00** |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:        **15,102.00**   -      **0.00**  = ....        **$15,102.00**
                                    face amount              doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                         | **$15,102.00** |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** | | | | |

Debtor      **Summit Hard Cider and Perry Company, LLC**              Case number *(If known)*  _____
            Name

| **Food product, Kegs, cans, beer, spirits and general supplies security for Small Business Administration loan and CEF Colorado Enterprise Fund debts** | 6/30/2025 | Unknown | Recent cost | $37,624.24 |

23.   **Total of Part 5.**                                                                    | $37,624.24 |
      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☐ No
      ■ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____   Valuation method _____   Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☐ No
      ■ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

      ■ No.  Go to Part 7.
      ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

      ■ No.  Go to Part 8.
      ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No.  Go to Part 9.
      ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **50 % owner of Utility Trailer Valued at $750**<br>**security for Small Business Administration loan and CEF Colorado Enterprise Fund debts** | $375.00 | Comparable sale | $375.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor   **Summit Hard Cider and Perry Company, LLC**          Case number *(If known)* _____
_____
Name

**49.     Aircraft and accessories**

**50.     Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Inventory list from Dickensheet & Associates Inc, Exhibit 1 attached. Amount listed is reduced by the value of the Utility Trailer list in Category number 47 above. security for Small Business Administration loan and CEF Colorado Enterprise Fund debts**     **Unknown**     **Expert**          **$106,982.50**

**51.     Total of Part 8.**          **$107,357.50**
Add lines 47 through 50.  Copy the total to line 87.

**52.     Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.     Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
■ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Business lease at 215 North College Ave., Fort collins, CO 80524** | **Lease** | **$0.00** | | **$0.00** |

**56.     Total of Part 9.**          **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57.     Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.     Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

Debtor   **Summit Hard Cider and Perry Company, LLC**      Case number *(If known)* _____
       Name

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor  **Summit Hard Cider and Perry Company, LLC**
                                                               Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $160.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,990.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $15,102.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $37,624.24 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $107,357.50 | |
| 88. **Real property.** *Copy line 56, Part 9* ...........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $164,233.93 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $164,233.93 |

EXHIBIT 1

| Project Details | |
|---|---|
| Project Name: Scrumpy's | |
| Effective Date: May 15, 2025 | |

## ASSET DETAILS:

| QTY | ITEM DESCRIPTION | FORCED LIQUIDATION VALUE |
|---|---|---|
| | **LEASED FILLER** | |
| 1 | Twin Monkeys Cimarron Filler Base System, Manual Depalletizer (half height), Twist Rinse, VideoJet Printer Assembly, American Canning system, all items noted in Invoice S02546 originally purchased in 2021 for $146,215.00. Portion in need of repair. Estimated $60,000.00 due at the present time. | $ 49,000.00 |
| | **ITEMS LOCATED AT THE RESIDENCE** | |
| 5 | IBC 250 Capacity Polyethylene Totes/Bulk Containers | $ 750.00 |
| 2 | Estimated 300L Storage Vessels | $ 200.00 |
| 1 | 2008 H&H Single Axle Flatbed Trailer with wood deck, 10', overall average condition for age of unit. Appraiser was informed that the trailer is titled to Jennifer Siewald personally along with the business. Appraised value reflects half interest as outlined. | $ 375.00 |
| | **STORE ROOM** | |
| 1 | Section of Heavy Duty Orange/Green Pallet Rack with Grid Inserts | $ 100.00 |
| 1 | Approximate Six Foot Chrome Metro Style Adjustable Storage Rack on Casters | $ 50.00 |
| 2 | Gray Metal Quarter Locker Bays | $ 40.00 |
| 1 | Red Portable Kegerator | $ 120.00 |
| 1 | Mop Bucket, Paper Goods, Glassware, Cleaning Supplies in Room | $ 160.00 |
| 1 | Hobart Electric Commercial Slicer on Four Wheel Dolly | $ 450.00 |
| | **BAR/DINING AREA** | |
| 2 | Stainless Steel Trash Cans Three Tier Countertop Display | $ 20.00 |
| 1 | Wood Childrens High Chair | $ 5.00 |
| 3 | Wood with Green Cushioned Bar Height Stools | $ 22.50 |
| 1 | Approximate 12' Rectangular Community Table, Three Bay Black Wall Cushioned Booth Seating, (5) Wood with Cushioned Seat Highback Dining Chairs (two styles) | $ 120.00 |
| 1 | Approximate 36" Oval Wood Top/Black Dual Base Bar Height Table, Burgundy/Black Wall Booth Seating, (3) Burgundy Cushioned Bar Height Stools | $ 80.00 |
| 1 | Black Multi Tier Grid Rack with Board Games | $ 40.00 |
| 1 | Roman Numeral Circular Clock | $ 15.00 |
| 20 | Black Cushion/Wood Base Bar Height Backless Stools (some torn) | $ 300.00 |
| 1 | True Clear Double Door Approximate Five Foot Height Slide Reach In Cooler on Casters | $ 400.00 |
| 1 | Wood Approximate Seven Foot Five Shelf Antique Rack Only | $ 125.00 |
| 6 | Chrome Metro Style Two, Three or Four Shelf Storage Racks | $ 30.00 |
| 1 | Red Five Shelf Rack | $ 2.50 |
| 5 | Sections of Double Side Booth Bar Height Seating with Burgundy/Black Cushioned Booths, Wood with Diamond Pattern Dividers, Half Oval Tables with Leg Rest | $ 550.00 |
| 80 | Assorted Tap Heads | $ 560.00 |
| 4 | Samsung Wall Mount Televisions | $ 120.00 |
| 1 | Surveillance System-(16) Interior/Exterior Cameras (to the first disconnect), DVR, Wide Screen Flat Panel Monitor | $ 110.00 |

EXHIBIT 1

| | | | |
|---|---|---|---|
| 3 | Sections of Wood Wall Bench Seating with Diamond Pattern Cushions, Approximate 24"X32" Bar Height Tables, (6) Burgundy Cushion/Wood Frame Bar Height Stools with Leg Rest (some torn) | $ | 240.00 |
| 1 | Gold Tone Frame (damaged) with Lighting, Multi Color or White String Lights | $ | 20.00 |
| 1 | Wood with Black Frame Table | $ | 5.00 |
| 2 | Approximate Eight Foot with Black Cushion Bar Height Tables, (9) Black MidBack/Black Cushion Bar Height Stools | $ | 380.00 |
| 1 | Red Portable Beverage Dispenser | $ | 2.00 |
| 3 | Black Cushioned Wall Seating, (3) Wood Top/Black Metal Base Dining Tables, (6) Wood Highback/Black Cushion Dining Chairs (some torn) | $ | 200.00 |
| 15 | Black or Red Metal Highback Stack Chairs | $ | 112.50 |
| 7 | Sections of Wood Bench Seating (former church pews) with Mismatched Dining Tables/Black Base | $ | 470.00 |
| 1 | Artwork Created for Business with Ornate Frame, Lighting | $ | 30.00 |
| 4 | Two Style Wood or Laminate Dining Tables with (16) Wood/Cushioned Seat Dining Chairs (two styles) | $ | 220.00 |
| 1 | Single Sided Booth Seating on North Side of Building with 24"X24" Dining Tables/Black Base, (1) Circular Dining Table | $ | 105.00 |
| 1 | 24" Circular Wood with Black Metal Base Dining Table | $ | 7.50 |
| 1 | Rockville RPM808T Mixer | $ | 110.00 |
| 2 | Blue Leatherette Seating with Ottomans | $ | 10.00 |
| 2 | Harbinger VARI Speakers | $ | 160.00 |
| 1 | Large Chalkboard | $ | 20.00 |
| 1 | Emerson Wall Mount Wide Screen Television | $ | 50.00 |
| 1 | Lot of Wood Decorative Crates | $ | 30.00 |
| 2 | Perlick, Other Black Three Door Kegerators | $ | 1,000.00 |
| 1 | GlasTender MF36-B Reach In Single Door Slide Bottle Box (need of repair) | $ | 90.00 |
| 1 | Approximate Five Foot Stainless Steel Table with Lower Grid Shelf | $ | 60.00 |
| 1 | Stainless Steel Jockey Box | $ | 40.00 |
| 2 | BarMaid Commercial Glass Washers, A-700 | $ | 50.00 |
| 2 | Four Compartment Stainless Steel Bar Sinks with Dual 12" Drainboards | $ | 250.00 |
| 1 | WEGA Atlas Espresso Machine, Cups | $ | 1,050.00 |
| 1 | 24"X24" Stainless Steel Table with Lower Shelf | $ | 40.00 |
| 1 | Bunn ULTRA-2 Two Selection Gourmet Ice Machine (need of repair) | $ | 50.00 |
| 1 | Rockville RCS80-1 Analyzer with Speakers | $ | 110.00 |
| 1 | Narrow Stainless Steel Table Behind Bar with Two Overshelves | $ | 120.00 |
| 2 | Folding Signboards | $ | 10.00 |
| 1 | Assortment of Glassware | $ | 120.00 |
| 1 | GlasTender Single Door Slide Reach In Bottle Box | $ | 300.00 |
| 1 | Point of Sale Equipment Package with touch screen terminals, printers, cash drawer, equipment throughout site | $ | 170.00 |
| 1 | (36) Selection Beer Tap Draft System, Tap Heads, Glycols on Site including G&D 7HP, Chilly Willy, Full System-Invoices provided for review, installed in 2015 | $ | 3,900.00 |
| 1 | Magic Chef Office Refrigerator | $ | 30.00 |
| 1 | Avantco Cubed Under Counter Ice Machine | $ | 700.00 |
| 1 | Insignia Wall Mount Wide Screen Television | $ | 120.00 |
| 1 | Lot of Barware | $ | 40.00 |
| 1 | Antique Double Door Wall Mount Cabinet | $ | 90.00 |

| | **KITCHEN** | | |
|---|---|---|---|
| 3 | Advance Tabco Stainless Steel Hand Sinks | $ | 90.00 |
| 2 | Approximate Six Foot Chrome Metro Style Adjustable Storage Racks | $ | 40.00 |
| 1 | Folding Three Step Ladder | $ | 10.00 |
| 1 | Approximate Six Foot Stainless Steel Table, Upper Shelving and Lower Shelf | $ | 125.00 |
| 1 | Winco Counter Top Warmer | $ | 40.00 |
| 1 | Approximate Six Foot Narrow Stainless Steel Table with Lower Shelf | $ | 80.00 |
| 1 | Edlund Knife Sharpener | $ | 125.00 |
| 1 | Avamix Evolution Mixer | $ | 225.00 |
| 1 | Framed Whiteboard | $ | 7.50 |
| 1 | Lot of Stainless Steel or Wire Wall Mount Shelving Units | $ | 260.00 |
| 1 | Approximate Six Foot Stainless Steel Table with Lower Shelf, Manual Can Opener | $ | 70.00 |
| 1 | Solwave Stainless Steel Microwave Oven | $ | 60.00 |
| 2 | Taylor or Edlund Digital Portion Control Scales | $ | 12.00 |
| 1 | Blodgett Single Stack Gas Convection Oven | $ | 700.00 |
| 1 | Lot of Stock Pots, Strainers, Bowls, Cutting Boards, Ladles, Plasticwares, Flatware, Tongs, Whips, Lids, Knives/Rack, Other Smallwares | $ | 600.00 |
| 1 | Six Foot Portable Rack, Full/Half Size Sheet Pans | $ | 150.00 |
| 1 | Delfield Double Door Refrigerated Prep Unit with cutting board | $ | 600.00 |
| 1 | Three Compartment Deep Kitchen Sink with dual 18" drainboards | $ | 350.00 |
| 1 | WEN Mechanics Stool | $ | 30.00 |
| 2 | Approximate Six Foot Stainless Steel Table with Upper Wire Shelf on Casters | $ | 180.00 |
| 1 | BK Stainless Steel Vegetable Sink with right 18" drainboard | $ | 140.00 |
| 1 | Castle 12" Countertop Broiler | $ | 210.00 |
| 1 | Atosa CookRite Four Burner Countertop Gas Stove | $ | 275.00 |
| 1 | BlueAir Four Drawer Refrigerated Stainless Steel Stand on Casters | $ | 625.00 |
| 1 | Imperial 36" Gas Flattop | $ | 600.00 |
| 1 | Royal Gas Stainless Steel Salamander/Cheese Melter | $ | 275.00 |
| 1 | Atosa CookRite Gas Fryer with Baskets on Casters | $ | 275.00 |
| 1 | Lot of Metro Style Shelving in Walk in Cooler | $ | 80.00 |
| 1 | Regency 36" Stainless Steel Table with lower shelf | $ | 50.00 |
| 1 | Hatco Krampouz Crepe Maker | $ | 700.00 |
| 1 | TurboAir M3 Single Door Stainless Steel Reach In Freezer on Casters | $ | 600.00 |
| 2 | Six or Seven Foot Metro Style Adjustable Shelving Units on Casters | $ | 80.00 |
| 1 | Atosa Double Door Stainless Steel Reach In Freezer on Casters | $ | 1,200.00 |
| 1 | Lot of Cups, Paper Goods Throughout Site | $ | 160.00 |
| 1 | Metro Double Door Holding Cabinet | $ | 600.00 |
| 1 | Half Height Sheet Pan Rack | $ | 40.00 |
| 1 | Brown Portable Beverage Dispenser | $ | 15.00 |
| 1 | M20A 20 Quart Commercial Mixer with guard, bowl, attachments on stand | $ | 1,000.00 |
| 1 | Approximate Six Foot Butcher Block Table | $ | 180.00 |
| 3 | Dry Ingredient Bins | $ | 90.00 |
| 1 | Pelouze 820W Portion Control Scale | $ | 15.00 |
| 1 | Lot of Brooms, Mops | $ | 7.50 |
| | **BREWERY AREA/OFFICE** | | |
| 1 | Lot of Liquor Theme Decorative Signs | $ | 32.50 |

| | | | |
|---|---|---|---|
| 1 | Single Deep Stainless Steel Pedestal Sink | $ | 90.00 |
| 2 | Chemical Tanks | $ | 180.00 |
| 2 | Wood Barrels, Hose Lot | $ | 110.00 |
| 1 | Gorilla Ladder, IA, folding | $ | 80.00 |
| 4 | Six Foot Chrome Metro Style Adjustable Storage Racks | $ | 110.00 |
| 1 | Werner 24' Extension Ladder | $ | 90.00 |
| 1 | Box Fan | $ | 5.00 |
| 1 | Toyota Electric Pallet Jack (not operable) with CD Battery on Four Wheel Dolly | $ | 125.00 |
| 7 | Section of Heavy Duty Orange/Green Pallet Rack with Grid Inserts | $ | 700.00 |
| 1 | Red Warehouse Ladder | $ | 70.00 |
| 1 | Oversized Three Compartment Stainless Steel Sink with dual 12" drainboards, dual faucet | $ | 400.00 |
| 1 | Weight Max 90 LB Digital Scale | $ | 10.00 |
| 1 | Uline Two Wheel Barrel Dolly | $ | 90.00 |
| 1 | Stainless Steel Hand Sink | $ | 30.00 |
| 1 | Colorado Framed Map | $ | 15.00 |
| 1 | Mop Bucket, Cleaning Items | $ | 20.00 |
| 2 | Orange Manual Pallet Jacks, (1) not operational | $ | 130.00 |
| 1 | Fortress 175PSI Pancake Compressor, Extension Cord Lot | $ | 90.00 |
| 1 | Husky Six Drawer Toolbox, Tools | $ | 220.00 |
| 1 | Portable Pressure Washer | $ | 40.00 |
| 2 | Four Wheel Dollies | $ | 10.00 |
| 1 | Red Two Wheel Dolly | $ | 20.00 |
| 1 | Six Foot Orange Step Ladder | $ | 30.00 |
| 1 | Two Tier Barrels/Racks Lot | $ | 540.00 |
| 1 | TurboAir Double Door Sandwich Prep Unit, not operable | $ | 90.00 |
| 1 | Portable Transfer Pump | $ | 710.00 |
| 1 | Multitier wine rack | $ | 7.00 |
| 1 | Five Drawer Tan Metal Lateral File Cabinet | $ | 7.50 |
| 1 | "L" Shape Laminate Desk with Two Drawer Lateral File Cabinet, Gray Five Star Office Chair | $ | 20.00 |
| 1 | Four Drawer Tan File Cabinet | $ | 5.00 |
| 1 | All In One CPU (hardware only, Keyboard, Mouse, HP All In One | $ | 60.00 |
| 1 | Five Foot Gray Medium Duty Storage Rack | $ | 5.00 |
| 1 | Whiteboard | $ | 7.50 |
| 1 | Approximate Seven Foot Gray Adjustable Metal Rack with Inserts | $ | 7.50 |
| 1 | Approximate Seven Foot White Laminate Organizer | $ | 5.00 |
| 1 | Lot with Office Supplies, Paper Cutter | $ | 7.50 |
| 3 | Chrome Wire Wall Mount Racks | $ | 15.00 |
| 1 | BSV Three Head Keg Washer, two heads are currently operational. Unit was purchased in 2015 for $11,500.00 | $ | 3,150.00 |
| 1 | Brew Line with "Baby"-Red Barn Brewing 7BBL Brite Tank purchased approximate 11 years ago, Rocky Mountain Vessels Multi Tank purchased used in 2021, Intermet Replaced Filter, 30BBL Ager Brite Tank purchased in 2015 for $12,600.00 and (3) Letina 1100 Gallon Closed Top Jacketed Storage purchased in 2015 for $6,295.00 each and (1) Additional Purchased More Recently | $ | 19,750.00 |
| 1 | 200 Gallon Blending Tank, Latina 1050 Gallon Blending Tank. 1050 Gallon was purchased in 2015 for $9,595.00 | $ | 2,600.00 |

| | FRONT PATIO | |
|---|---|---|
| 3 | Red Circular Patio Tables, (6) Parlor Style Chairs, (3) Homemade Fire Pit Benches, Wood Table/Bench | $ 440.00 |
| | KEGS | |
| 167 | Kegs Purchased Used Consisting of: (138) 1/2, (4) 1/4 and (25) 1/6. This does not include the kegs that are leased located on and off site. | $ 2,004.00 |
| | Total Appraised Forced Liquidation Value | $ 107,357.50 |

## PHOTOGRAPHS:

     

   

  

  

EXHIBIT 1



EXHIBIT 1



<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Summit Hard Cider and Perry Company, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF COLORADO</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.1** **CEF Colorado Enterprise Fund**
Creditor's Name

**1888 Sherman St. Suite 530 Denver, CO 80203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2020**

**Last 4 digits of account number**
**6436**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Inventory list from Dickensheet & Associates Inc, Exhibit 1 attached.  *  Subject to Priority Tax lien***

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$2,662.12**  Column B: **$164,715.71**

**2.2** **Small Business Administration**
Creditor's Name

**1545 Hawkins Blv. Ste 202 El Paso, TX 79925**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2020**

**Last 4 digits of account number**
**9002**

**Describe debtor's property that is subject to a lien**
**All tangible and intangible personal property *  Subject to Priority Tax lien***

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$146,904.64**  Column B: **$164,715.71**

| Debtor | **Summit Hard Cider and Perry Company, LLC** | Case number (*if known*) | |
| | Name | | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
| --- | --- |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$149,566.76**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Small Business Administration<br>PO Box 3918<br>Portland, OR 97208** | Line   **2.2** | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Summit Hard Cider and Perry Company, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**City of Fort Collins**<br>**215 N. Mason St.**<br>**Fort Collins, CO 80524** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,000.00** | **$0.00** |
| | Date or dates debt was incurred<br>**12/1/2024** | Basis for the claim:<br>**City Sales Tax** | | |
| | Last 4 digits of account number **2543**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Colorado Department of Revenue**<br><br>**Denver, CO 80261-0004** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,121.52** | **$5,121.52** |
| | Date or dates debt was incurred<br>**12/31/24** | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number **0057**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Debtor   **Summit Hard Cider and Perry Company, LLC**          Case number *(if known)* _____
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,545.65 | $2,545.65 |

**Larimer County Treasurer**
**PO Box 2336**
**Fort Collins, CO 80522**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/1/24**

Basis for the claim:
**Business Taxes- UCC lien**

Last 4 digits of account number **3340**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,331.00 |

**American Express**
**PO Box 981535**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2023**

Last 4 digits of account number  **2135**

Basis for the claim:  **Business Loan, unperfected lien on all business collateral**

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,300.67 |

**Catherine A Chiavetta**
**709 Boulder Cir**
**Fort Collins, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/9/2025**

Last 4 digits of account number  _

Basis for the claim:  **Business loan UCC lien**

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $283,800.00 |

**Catherine A Chiavetta**
**709 Boulder Cir**
**Fort Collins, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

Basis for the claim:  **Loan to business**

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72,000.00 |

**Commercial Asset Recovery LLC**
**1330 Avenue of the Americas**
**Suite 23A**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/28/25**

Last 4 digits of account number  _

Basis for the claim:  **Loan**

Is the claim subject to offset?  ☐ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,000.00 |

**Denise McFann**
**517 E. Magnolia**
**Fort Collins, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/6/2017**

Last 4 digits of account number  _

Basis for the claim:  **Loan to business**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Summit Hard Cider and Perry Company, LLC**                Case number *(if known)* _____

Name

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99,400.00 |
|---|---|---|---|

Fora Financial Advance, LLC
Attn: Legal Department
519 Eighth Avenue, 11th Floor
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2024**

Basis for the claim:  **Business loan UCC lien**

Last 4 digits of account number  **1740**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,426.30 |
|---|---|---|---|

FruitSmart
201 N. Euclid Rd
Grandview, WA 98930

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2024**

Basis for the claim:  **Juice**

Last 4 digits of account number  **0527**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84,953.00 |
|---|---|---|---|

Funding Metrics LLC
DBA Lendini
3220 Tillman Drive Suite 200
Bensalem, PA 19020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/19/2024, 12/24/2024**

Basis for the claim:  **Business loan UCC lien**

Last 4 digits of account number  **3116**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $879,970.45 |
|---|---|---|---|

Jennifer Seiwald
2472 Stonecrest Dr.
Fort Collins, CO 80521

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2013**

Basis for the claim:  **Loan to Business**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194,016.73 |
|---|---|---|---|

LaCollege, LLC
709 Boulder Circle
Fort Collins, CO 80524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/27/25**

Basis for the claim:  **promissory note for Back rent including triple net expenses and utilities for 2024 through May 2025 **original Deposit of $2500(due to shortages/balances owed, deposit is $0)**

Last 4 digits of account number  **lege**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,173.36 |
|---|---|---|---|

Lawrence E. Coldren
1409 Linden Lake Rd.
Fort Collins, CO 80524

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/2024**

Basis for the claim:  **Lease agreement at 1312 Blue Spruce Unit #6, Fort Collins, CO**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Summit Hard Cider and Perry Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,489.58 |
|---|---|---|---|

**Rapid Finance**
**4500 East West Highway 6th Floor**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2024

Last 4 digits of account number  1740

Basis for the claim:  **Business loan**
**UCC lien**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $65,000.00 |
|---|---|---|---|

**Regions Bank**
**d/b/a Assentium Capital**
**23970 Highway 59N**
**Kingwood, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/22/2021

Last 4 digits of account number  7350

Basis for the claim:  **Business loan**
**UCC lien**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165,000.00 |
|---|---|---|---|

**Rodney Seiwald**
**2472 Stonecrest Dr.**
**Fort Collins, CO 80521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/2019

Last 4 digits of account number  _

Basis for the claim:  **Loan To Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
|---|---|---|---|

**Scott Kellman**
**4824 Overhill Drive**
**Fort Collins, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/1/2017

Last 4 digits of account number  _

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $402,365.47 |
|---|---|---|---|

**Small Business Administration**
**1545 Hawkins Blv. Ste 202**
**El Paso, TX 79925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2020

Last 4 digits of account number  9002

Basis for the claim:  **Unsecured portion of UCC lien**
**All tangible and intangible personal property**
**\*  Subject to Priority Tax lien\***

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,940.00 |
|---|---|---|---|

**Spartan Business Solutions LLC**
**122 E 42nd St. Rm 1011**
**New York, NY 10168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/19/2025

Last 4 digits of account number  1163

Basis for the claim:  **Business loan**
**UCC lien**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor | **Summit Hard Cider and Perry Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express Business Line of Credit Dispute Resolution PO box 570622 Atlanta, GA 30357** | Line **3.1** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Barbara M. Wilkins 209 N College Ave. Fort Collins, CO 80524** | Line **3.2** ☐ Not listed. Explain ____ | _ |
| 4.3 | **C T Corporation System Attn:SPRS 3330 N. Brand Blvd, Ste 700 Glendale, CA 91203** | Line **3.13** ☐ Not listed. Explain ____ | _ |
| 4.4 | **Colorado Attorney General Bankruptcy Unit 1375 Sherman St. Room 504 Denver, CO 80261** | Line **2.2** ☐ Not listed. Explain ____ | _ |
| 4.5 | **Corporation Service Company PO Box 2576 Springfield, IL 62708** | Line **3.12** ☐ Not listed. Explain ____ | _ |
| 4.6 | **Corporation Service Company PO Box 2576 Springfield, IL 62708** | Line **3.17** ☐ Not listed. Explain ____ | _ |
| 4.7 | **Corporation Service Company PO Box 2576 Springfield, IL 62708** | Line **3.6** ☐ Not listed. Explain ____ | _ |
| 4.8 | **Fora Financial Advance, LLC Registered Agent 1385 Broadway 15th Floor New York, NY 10018** | Line **3.6** ☐ Not listed. Explain ____ | _ |
| 4.9 | **FruitSmart PO Box 519 Grandview, WA 98930** | Line **3.7** ☐ Not listed. Explain ____ | _ |
| 4.10 | **Nicholas Zabala Law Office PO Box 1359 Bensalem, PA 19020** | Line **3.8** ☐ Not listed. Explain ____ | _ |
| 4.11 | **Small Business Administration PO Box 3918 Portland, OR 97208** | Line **3.16** ☐ Not listed. Explain ____ | _ |
| 4.12 | **Spartan Business Solutions LLC Registered Agent 3910 Americana Dr. Tampa, FL 33634** | Line **3.17** ☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

Debtor **Summit Hard Cider and Perry Company, LLC**
_____
Name

Case number (if known) _____

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 14,667.17 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,499,166.56 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,513,833.73 |

| Fill in this information to identify the case: |
|---|

Debtor name      **Summit Hard Cider and Perry Company, LLC**

United States Bankruptcy Court for the:     DISTRICT OF COLORADO

Case number (if known)     _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Lease** | |
| State the term remaining — **17 months** | **Ascentium Capital**<br>**PO Box 301593**<br>**Dallas, TX 75303-1593** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Lease - Kegs** | |
| State the term remaining — **28 months** | **KegLogistics**<br>**PO Box 912908**<br>**Denver, CO 80291** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Business lease at 215 North College Ave., Fort collins, CO  80524 3-year lease dated March 9, 2015, with Six 3-year extension options.** | |
| State the term remaining — **11 years** | **LaCollege, LLC**<br>**709 Boulder Circle**<br>**Fort Collins, CO 80524** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __**Summit Hard Cider and Perry Company, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jennifer Seiwald** | **2472 Stonecrest Dr. Fort Collins, CO 80521** | **American Express** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.2 | **Jennifer Seiwald** | **2472 Stonecrest Dr. Fort Collins, CO 80521** | **CEF Colorado Enterprise Fund** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Jennifer Seiwald** | **2472 Stonecrest Dr. Fort Collins, CO 80521** | **Regions Bank** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.4 | **Jennifer Seiwald** | **2472 Stonecrest Dr. Fort Collins, CO 80521** | **Small Business Administration** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Jennifer Seiwald** | **2472 Stonecrest Dr. Fort Collins, CO 80521** | **Commercial Asset Recovery LLC** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |

Debtor   **Summit Hard Cider and Perry Company, LLC**                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Jennifer Seiwald | 2472 Stonecrest Dr.<br>Fort Collins, CO 80521 | LaCollege, LLC | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.7 | Jennifer Seiwald | 2472 Stonecrest Dr.<br>Fort Collins, CO 80521 | Lawrence E. Coldren | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.8 | Jennifer Seiwald | 2472 Stonecrest Dr.<br>Fort Collins, CO 80521 | Scott Kellman | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.9 | Jennifer Seiwald | 2472 Stonecrest Dr.<br>Fort Collins, CO 80521 | Catherine A Chiavetta | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.10 | Jennifer Seiwald | 2472 Stonecrest Dr.<br>Fort Collins, CO 80521 | Fora Financial Advance, LLC | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.11 | Jennifer Seiwald | 2472 Stonecrest Dr.<br>Fort Collins, CO 80521 | Funding Metrics LLC | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.12 | Jennifer Seiwald | 2472 Stonecrest Dr.<br>Fort Collins, CO 80521 | Rapid Finance | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.13 | Jennifer Seiwald | 2472 Stonecrest Dr.<br>Fort Collins, CO 80521 | Spartan Business Solutions LLC | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |

Debtor   **Summit Hard Cider and Perry Company, LLC**                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                               *Column 2:* **Creditor**

2.14   **Jennifer Seiwald**      **2472 Stonecrest Dr.**        **Small Business**        ☐ D _____
                              **Fort Collins, CO 80521**      **Administration**        ■ E/F   **3.16**
                                                                                       ☐ G _____

| Fill in this information to identify the case: |
| --- |

Debtor name   **Summit Hard Cider and Perry Company, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $531,807.79 |
| **For prior year:** From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | $777,166.00 |
| **For year before that:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $846,676.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |

Debtor    **Summit Hard Cider and Perry Company, LLC**                          Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **LaCollege, LLC**<br>**709 Boulder Cir**<br>**Fort Collins, CO 80524** | **4/1/2025-6/30**<br>**/2025** | **$16,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Monthly rent payments** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Spartan Business Solutions LLC d/b/a/ Spartan Capital vs.**<br>**Summit Hard Cider and Perry Company, LLC D/B.A Summit Hard Cidter and Perry Company, Summit Mobile Juicing, Scrumpys, and Jennifer M. Seiwald**<br>**E2025006509** | **Collection** | **Supreme Court of the State of New York**<br>**County of Monroe**<br>**99 Exchange Blvd #545**<br>**Rochester, NY 14614** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Summit Hard Cider and Perry Company, LLC**                     Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2.  **Funding Metrics, LLC v. Summit Hard Cider and Perry Company, LLC d/b/a Scrumpy's Hard Cider Bar and Jennifer Seiwald** | Arbitration | Herron Mediation LLC | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:**   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
|  |  |  |  |

**Part 5:**   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

**Part 6:**   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Summit Hard Cider and Perry Company, LLC**                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 4/21/25, $14,600 plus $1,738 filing fee $9,000 from Debtor, $7338 from Rodney Seiwald | |
| | Bell, Gould Linder & Scott PC 318 E. Oak Street Fort Collins, CO 80524 | $9,000 from Debtor, $7338 from Rodney Seiwald | | $16,338.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Debtor and Rodney Seiwald** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Phillips Farms LLC 45 Phillips Road Milford, NJ 08848** | Mobile Juicing trailer - 2017 Trailer, 2013 Magnum 45, 2012 Dodge Ram | **12/4/23** | **$166,000.00** |
| | Relationship to debtor **none** | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Summit Hard Cider and Perry Company, LLC**                          Case number *(if known)* _____

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Larry Colderen**<br>**1316 Blue Spruce Unit #6**<br>**Fort Collins, CO 80524** | **Landlord and debtor** | **cans, kegs, tables, chairs, broken equipment** | ■ No<br>☐ Yes |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Summit Hard Cider and Perry Company, LLC** | Case number *(if known)* | |
|---|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Summit Hard Cider and Perry Company, LLC**                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **NOCO CPA's**<br>**Leasa Magnuson**<br>**4025 Automatio Way Suite D1**<br>**Fort Collins, CO 80525** | **2023-2025** |
| 26a.2.   **Simply Accounting**<br>**Valarie Brazelton**<br>**1441 Markhor Dr.**<br>**Severance, CO 80550** | **2023-2025** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **NOCO CPA's**<br>**Leasa Magnuson**<br>**4025 Automation Way Suite D1**<br>**Fort Collins, CO 80525** | **2023-2025** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Simply Accounting**<br>**Valarie Brazelton**<br>**1441 Markhor Dr.**<br>**Severance, CO 80550** | **2023-2025** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **NOCO CPA's**<br>**4025 Automation Way Suite D1**<br>**Fort Collins, CO 80525** | |
| 26c.2.   **Simply Accounting**<br>**4025 Automation Way Suite D1**<br>**Severance, CO 80550** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐   No

■   Yes. Give the details about the two most recent inventories.

Debtor    **Summit Hard Cider and Perry Company, LLC**                          Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Jennifer Seiwald** | **12/31/2024** | **$44,896.90**<br>**Cash Basis** |
| | **Name and address of the person who has possession of inventory records**<br>**Summit Hard Cider And Perry Company LLC**<br>**215 N. College Ave.**<br>**Fort Collins, CO 80524** | | |
| 27.2. | **Jennifer Seiwald** | **6/30/2025** | **$37,624.24**<br>**cash basis** |
| | **Name and address of the person who has possession of inventory records**<br>**Summit Hard Cider And Perry Company**<br>**215 N. College Ave.**<br>**Fort Collins, CO 80524** | | |
| 27.3. | **Jennifer Seiwald** | **12/31/2023** | **$63,396.24**<br>**Cash Basis** |
| | **Name and address of the person who has possession of inventory records**<br>**Summit Hard Cider and Perry Company LLC**<br>**215 N. College Ave.**<br>**Fort Collins, CO 80524** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Catherine Chiavetta** | **709 Boulder Circle**<br>**Fort Collins, CO 80524** | **Member** | **19** |
| **Denise McFann** | **517 E. Magnolia St.**<br>**Fort Collins, CO 80524** | **Member** | **19** |
| **Jennifer Seiwald** | **2472 Stonecrest Dr.**<br>**Fort Collins, CO 80521** | **Managing Member** | **62** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **Summit Hard Cider and Perry Company, LLC**          Case number *(if known)* _____

�the ☐ No

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 13, 2025**
_____

**/s/ Jennifer M. Seiwald**                              **Jennifer M. Seiwald**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
### District of Colorado

In re    **Summit Hard Cider and Perry Company, LLC**

Debtor(s)

Case No.
Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 13, 2025**

**/s/ Jennifer M. Seiwald**

**Jennifer M. Seiwald**/**Managing Member**
Signer/Title